Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00626-CV

**IN THE INTEREST OF M.V.**, J.S.V., Jr., and J.M.V., Children

From the County Court at Law, Val Verde County, Texas
Trial Court No. 376
Honorable Kelly Bartell, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
              Catherine Stone, Justice
              Karen Angelini, Justice

Delivered and Filed:   December 10, 2008

DISMISSED

The trial court clerk mistakenly forwarded a notice of appeal to this court. The notice of appeal was filed in relation to an appeal of an associate judge's ruling to the district judge. The appellant confirmed in writing that the appellant did not intend to appeal to this court. Accordingly, this appeal is dismissed.

PER CURIAM